

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jesse J. Luevanos, Jr., and individual,<br><br>Plaintiff,<br><br>vs.<br><br>Cardenas Markets LLC, a Foreign Limited Liability Company; DOES 1 through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-2360<br><br>**Stipulation to Remand to State Court** |

The parties stipulate that no judgment may be entered in this case that exceeds $75,000. As a result of that stipulation, the parties also stipulate to remand this case to state court.

| **EDWARD M. BERNSTEIN & ASSOCIATES** | **WILSON ELSER** |
|---|---|
| *Shawn Johnson*<br>Shawn D. Johnson, Esq.<br>Nevada Bar No. 14552<br>500 South Fourth Street<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff | *Michael Lowry*<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89119<br>Attorneys for Cardenas Markets, LLC |
| | IT IS SO ORDERED:<br><br>_____<br>RICHARD F. BOULWARE, II<br>United States District Judge<br>DATED this 22nd day of January, 2021. |

250562497v.2

**Certificate of Service**

Pursuant to NRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on January 20, 2021, I served the **Stipulation to Remand to State Court** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| |
|---|
| Shawn D. Johnson, Esq.<br>Edward M. Bernstein & Associates<br>500 South Fourth Street<br>Las Vegas, NV  89101<br>Attorneys for Plaintiff |

BY:  */s/ Michael Lowry*
       An Employee of


-2-

250562497v.2